JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually and doing business as "FIESTA FABRIC," <br><br> Plaintiff, <br><br> v. <br><br> MANHATTAN BEACHWEAR, INC., individually and doing business as "LA BLANCA", a Delaware corporation; NORDSTROM, INC., a Washington corporation; DILLARD'S INC., a Delaware corporation; NIPKOW & KOBELT, INC., a New York corporation d/b/a/ "NK Textile"; and DOES 1 through 10, <br><br> Defendants. | Case No. 2:21-cv-06370-AB-JC <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

//

//

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 30, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE